INTERNATIONAL FASTENER COMPANY, Respondent, *v.*
FRANCIS MANUFACTURING COMPANY, Appellant.

*Contract — action to recover unpaid royalties — defense of failure of consideration.*

*International Fastener Co. v. Francis Manfg. Co.,* 206 App. Div. 647, affirmed.

(Argued October 12, 1923; decided October 26, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

43

department, entered March 15, 1923, unanimously affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was upon contract to recover alleged unpaid royalties. The defense was failure of consideration for the reason that plaintiff was unable to give to defendant the sole and exclusive right to make and sell the articles mentioned in the agreement.

*George W. Knox* and *J. William Ellis* for appellant.

*Irving W. Cole* and *Percival M. White* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J., and POUND, J.